■ In the Matter of ANTHONY CATAFFO, Appellant, v GRAND ISLAND CENTRAL SCHOOL DISTRICT, Respondent. [4 NYS3d 571]— Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered December 6, 2013. The order denied the motion of claimant for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs. Present—Smith, J.P., Valentino, Whalen and DeJoseph, JJ.